Becca Wahlquist (SBN 215948)
bwahlquist@swlaw.com
SNELL & WILMER L.L.P.
350 South Grand Avenue, Suite 3100
Los Angeles, California 90071
Telephone:  213.929.2500
Facsimile:   213.929.2525

Hans Germann (admitted *pro hac vice*)
hgermann@mayerbrown.com
Kyle J. Steinmetz (admitted *pro hac vice*)
ksteinmetz@mayerbrown.com
MAYER BROWN LLP
71 S Wacker Drive
Chicago IL, 60606
Telephone: 312-701-8547
Facsimile: 312-706-9178

**Attorneys for Defendant, DIRECTV, LLC**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

| | |
|---|---|
| TARA MILLER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTV, LLC,<br><br>Defendant. | Case No. 2:14-CV-07579-DMG (Ex)<br><br>**Notice of Plaintiff's Failure to File Class Certification Motion**<br><br>Hon. Dolly M. Gee |

SNELL & WILMER
ATTORNEYS AT LAW
LOS ANGELES

4820-3020-1730

Notice of Failure to File Class Certification Motion
CASE NO. 2:14-CV-07579-DMG (E)

NOW COMES Defendant DIRECTV, LLC ("DIRECTV"), through its counsel of record, and states as follows:

1. On May 2, 2018, the Court entered a scheduling order in this case. (Dkt. # 55). That scheduling order includes a hearing on Plaintiff's motion for class certification on December 14, 2018 at 10:00 A.M.  Under that scheduling order, Plaintiff's brief in support of its motion for class certification was due October 26, 2018.

2. Plaintiff has not filed any motion for class certification in this case, or filed any request for an extension of time to file that motion.

3. In advance of Plaintiff's deadline for class certification, DIRECTV communicated on several occasions with Plaintiff's counsel and indicated it would be willing to stipulate to an extension of time for Plaintiff to file a motion for class certification. However, DIRECTV has not heard anything from Plaintiff regarding this stipulation (or this litigation) since September 10, 2018, six weeks before Plaintiff's certification motion was due.  DIRECTV did reach out today to alert Plaintiff that it would be filing this Notice.

4. Since Plaintiff did not move for class certification, it no longer appears necessary to conduct a hearing on December 14, 2018 and DIRECTV respectfully requests that it be cancelled.

Dated: December 7, 2018

Snell & Wilmer LLP

By: */s/ Becca Wahlquist*
    Becca Wahlquist

**Attorneys for DIRECTV, LLC**

SNELL & WILMER
ATTORNEYS AT LAW
LOS ANGELES

4820-3020-1730

Notice of Failure to File Class Certification Motion
CASE NO. 2:14-CV-07579-DMG (E)