JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TARA MILLER, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>DIRECTV, LLC,<br><br>  Defendant. | Case No.: CV 14-7579-DMG (Ex)<br><br>**ORDER RE DISMISSAL OF ACTION [65]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, the above-captioned matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The parties shall bear their own costs and attorneys' fees. All scheduled dates and deadlines are VACATED.

DATED: March 12, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE